1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  SHARON G. BIRENBAUM
   Deputy Attorney General
6  State Bar No. 94925
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-7004
    Telephone: 415 703-5870
8   Fax: (415) 703-1234
   Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JORGE A. PANTOJA,** | C  07-3572 CRB |
| Petitioner, | **EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **K. PROSPER, Warden,** | |
| Respondent. | |

Pursuant to Civil L.R. 6-1(b), respondent requests a 62-day extension of time, to and including Monday, March 17, 2008, in which to file the answer to petition for writ of habeas corpus pursuant to this Court's order to show cause. The order to show cause was filed on November 15, 2007. The application is based on the file in this case and the attached declaration of Sharon G. Birenbaum.

///

///

///

APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER  -*Pantoja v. Prosper*, No. C 07-3572 CRB
1

WHEREFORE, respondent respectfully requests that this Court grant an extension of time, to and including March 17, 2008, in which to file the answer.

Dated: January 3, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Sharon G. Birenbaum
SHARON G. BIRENBAUM
Deputy Attorney General