# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Pantoja v. Prosper, Warden**

No.:    **C 07-3572 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>January 4, 2008</u>, I served the attached

**EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

**[PROPOSED] ORDER EXTENDING TIME WITHIN WHICH TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Jorge A. Pantoja
T-76093
P.O. Box 2210
Susanville, CA 96127

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 4, 2008, at San Francisco, California.

|  |  |
|---|---|
| S.Agustin | /s/ S. Agustin |
| Declarant | Signature |

40203439.wpd