# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

JORGE ANTONI PANTOJA,

          Plaintiff,

  v.

K. PROSPER et al,

          Defendant.
_____/

Case Number: CV07-03572 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jorge Antoni Pantoja T-76093
P.O. Box 2210
Susanville, CA 96127

Dated: January 11, 2008

Richard W. Wieking, Clerk
By: Frank Justiliano, Deputy Clerk