1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  SHARON G. BIRENBAUM, State Bar No. 94925
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5870
     Fax:  (415) 703-1234
8    Email:  Sharon.Birenbaum@doj.ca.gov

9  Attorneys for Respondent

10

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

| | |
|---|---|
| **JORGE A. PANTOJA,** | C 07-3572 CRB (PR) |
| Petitioner, | **EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **K. PROSPER, Warden,** | |
| Respondent. | |

20

21         Pursuant to Civil L.R. 6-1(b), respondent requests a 45-day extension of time, to and

22  including May 1, 2008, in which to file the answer to petition for writ of habeas corpus pursuant

23  to this Court's order to show cause.  The order to show cause was filed on November 15, 2007.

24  Respondent received one 62-day time extension and the answer is due on March 17, 2008.   The

25  application is based on the file in this case and the attached declaration of Sharon G. Birenbaum.

26  ///

27  ///

28  ///

Application for Extension of Time to File Answer                    *Pantoja v. Prosper, Warden*
                                                                    C 07-3572 CRB (PR)

1          WHEREFORE, respondent respectfully requests that this Court grant an extension of

2    time, to and including May 1, 2008, in which to file the answer.

3          Dated:  March 4, 2008

4                              Respectfully submitted,

5                              EDMUND G. BROWN JR.
                              Attorney General of the State of California

6                              DANE R. GILLETTE
                              Chief Assistant Attorney General

7                              GERALD A. ENGLER
                              Senior Assistant Attorney General

8

9                              PEGGY S. RUFFRA
                              Supervising Deputy Attorney General

10

11                              /s/ Sharon G. Birenbaum

12                              SHARON G. BIRENBAUM
                              Deputy Attorney General

13                              Attorneys for Respondent

14

15    40225165.wpd
      SF2007403124

16

17

18

19

20

21

22

23

24

25

26

27

28

Application for Extension of Time to File Answer                    *Pantoja v. Prosper, Warden*
                                                                    C 07-3572 CRB (PR)

2