1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  SHARON G. BIRENBAUM, State Bar No. 94925
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5870
    Fax:  (415) 703-1234
8   Email:  Sharon.Birenbaum@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JORGE A. PANTOJA,**<br><br>                                      Petitioner,<br><br>v.<br><br>**K. PROSPER, Warden,**<br><br>                                      Respondent. | C 07-3572 CRB (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

SHARON G. BIRENBAUM declares under penalty of perjury as follows:

1. I am a Deputy Attorney General for the State of California and am responsible for the preparation and filing of an answer to the Petition for Writ of Habeas Corpus.

2. On November 15, 2007, this Court filed the Order to Show Cause, which requires respondent to file an answer and relevant trial transcripts within 60 days. Our office received one 62-day time extension, and the answer is due on March 17, 2008.

3. Petitioner was convicted of second degree murder, and sentenced to a prison term of 16 years to life. The California Court of Appeal affirmed the conviction, and the California

1  Supreme Court denied review.

2      4. Since receiving the time extension, I filed respondent's briefs in state court in

3  *People v. Monteverde*, H031351, *People v. Anderson*, H031106, *People v. Rosales*, A117266,

4  and *People v. Vasquez*, H031781. I also had to prepare for oral argument in *People v.*

5  *Satterfield*, H030305.

6      5. Before I can turn my attention to the instant case, I must file respondent's brief in

7  state court in *People v. Chandler*, A114037, which has a voluminous record and in which

8  defendant raises numerous issues on appeal. The defendant in *Chandler* filed her opening brief

9  before this Court's order to show cause issued.

10      6. The state file in this case consists of about 825 pages of reporter's transcripts and

11  215 pages of clerk's transcripts, plus pleadings, orders, and other materials. I must review this

12  material in order to fully respond to the petition.

13      7. I have not contacted petitioner. He is representing himself and is currently

14  incarcerated in state prison.

15      I declare under penalty of perjury that the foregoing is true and correct. Executed at

16  San Francisco, California on March 4, 2008.

17

18                                /s/ Sharon G. Birenbaum
                             SHARON G. BIRENBAUM

19                               Deputy Attorney General

20

21  40225169.wpd

22  SF2007403124

23

24

25

26

27

28

Declaration in Support of Time Extension Request                           *Pantoja v. Prosper, Warden*
                                                                             C 07-3572 CRB (PR)