IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JORGE A. PANTOJA,**<br><br>          Petitioner,<br><br>v.<br><br>**K. PROSPER, Warden,**<br><br>          Respondent. | C 07-3572 CRB (PR)<br><br>[~~PROPOSED~~] **ORDER EXTENDING TIME WITHIN WHICH TO FILE ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |

GOOD CAUSE APPEARING, it is hereby ordered that the time within which respondent is to answer the petition for writ of habeas corpus and provide the relevant state record, is extended to and including May 1, 2008.

Dated: __March 06, 2008_____    _____
                    CHARLES R. BREYER
                    United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*

[Proposed] Order                              *Pantoja v. Prosper, Warden*
                                              Case No. C 07-3572 CRB (PR)

1