EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
SHARON G. BIRENBAUM
Deputy Attorney General
State Bar No. 94925
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-3664
  Telephone: (415) 703-5870
  Fax: (415) 703-1234
  Email: sharon.birenbaum@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JORGE A. PANTOJA,** | C 07-3572 CRB |
| Petitioner, | **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| **K. PROSPER, Warden,** | |
| Respondent. | |

Respondent provides the following answer to the petition for writ of habeas corpus:

**I.**

Petitioner, Jorge A. Pantoja, was committed to the California Department of Corrections for 16 years to life after a valid conviction by court trial in Humboldt County Superior Court, Case Number CR 013978, for second degree murder, in violation of California Penal Code sections 187 and 189, by personal use of deadly and dangerous weapon within the meaning of Penal Code section 12022(b)(1).  CT 62, 66, 98-99, 101.[1]

---

1. "CT" refers to the clerk's transcripts of petitioner's state court trial, lodged with this court as Exhibit B; "RT" refers to the reporter's transcripts of petitioner's state court trial, lodged with this court as Exhibit C.

**II.**

Petitioner filed an appeal of his conviction in the California Court of Appeal, First Appellate District, Division Three, claiming that there was insufficient evidence to sustain the second degree murder conviction. Exh. D (Appellant's Opening Brief), Exh. E (Respondent's Brief), Exh. F (Appellant's Reply Brief).

**III.**

In an unpublished decision filed on February 28, 2007, the Court of Appeal affirmed the judgment. Exh. G.

**IV.**

Petitioner filed a petition for review in the California Supreme Court. Exh. H. On May 9, 2007, the Supreme Court denied review. Exh. I.

**V.**

Petitioner has exhausted his state remedies and his petition is timely.

**VI.**

Petitioner's conviction was not obtained in violation of any federal constitutional right, and each and every claim in the petition is without merit. Specifically, respondent denies that there was insufficient evidence of malice to sustain petitioner's conviction for second degree murder.

**VII.**

Except as specifically admitted herein, respondent denies all material factual averments of the petition.

**VIII.**

We submit herewith the relevant record of the state trial and appellate court proceedings as itemized in the accompanying receipt for exhibits.

**CONCLUSION**

WHEREFORE, respondent respectfully submits that the order to show cause be discharged, the petition for writ of habeas corpus be denied, and this action be dismissed.

Dated: April 25, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Sharon G. Birenbaum
SHARON G. BIRENBAUM
Deputy Attorney General

Attorneys for Respondent