# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Pantoja v. Prosper, Warden**

No.:   **C 07-3572 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On <u>April 25, 2008</u>, I served the attached

**ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

**MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PETITION FOR WRIT OF HABEAS CORPUS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Jorge A. Pantoja
T-76093
P.O. Box 2210
Susanville, CA 96127

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 25, 2008, at San Francisco, California.

|  |  |
|:---:|:---:|
| D. Desuyo | /s/ D. Desuyo |
| Declarant | Signature |

40246249.wpd