EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
SHARON G. BIRENBAUM
Deputy Attorney General
State Bar No. 94925
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-3664
  Telephone:  (415) 703-5870
  Fax:  (415) 703-1234
  Email:  sharon.birenbaum@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**JORGE A. PANTOJA,**

                Petitioner,

    v.

**K. PROSPER, Warden,**

               Respondent.

C 07-3572 CRB

**NOTICE OF LODGING EXHIBITS WITH COURT**

     Notice is hereby given that the following exhibits are lodged in support of respondent's answer and memorandum of points and authorities.

| | | |
|---|---|---|
| | Exhibit A | Clerk's Transcripts from First Trial |
| | Exhibit B | Clerk's Transcript |
| | Exhibit C | Reporter's Transcripts (3 vols.) |
| | Exhibit D | Appellant's Opening Brief |
| | Exhibit E | Respondent's Brief |
| | Exhibit F | Appellant's Reply Brief |
| | Exhibit G | Unpublished Opinion of the California Court of Appeal |
| | Exhibit H | Petition for Review |

Notice of Lodging Exhibits with Court           *Pantoja v. Prosper, Warden*
                                                                     C 07-3572 CRB

1     Exhibit I    California Supreme Court Order Denying Review

2     Dated: April 24, 2008

3         Respectfully submitted,

4         EDMUND G. BROWN JR.
        Attorney General of the State of California

5         DANE R. GILLETTE
        Chief Assistant Attorney General

6

7         GERALD A. ENGLER
        Senior Assistant Attorney General

8         PEGGY S. RUFFRA
        Supervising Deputy Attorney General

9

10         /s/ Sharon G. Birenbaum
        SHARON G. BIRENBAUM
        Deputy Attorney General

11         Attorneys for Respondent

13   40245982.wpd
  SF2007403124

Notice of Lodging Exhibits with Court    *Pantoja v. Prosper, Warden*
C 07-3572 CRB